FILED

2015 AUG 19 PM 5: 22

MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

2:15-CR-105-FtM-99CM

v.

CASE NO. 2:15-cr-
18 USC § 2252(a)(4)(B)
18 USC § 2252(b)(2)
18 UCS § 2252(a)(2)
18 USC § 2252(b)(1)

TRAVIS JOHN JENNER

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From a date unknown but by at least on or about May 19, 2015, through on or about July 23, 2015, in Collier County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

TRAVIS JOHN JENNER,

did knowingly possess, and knowingly access with intent to view, one or more matter(s) which contain a visual depiction that had been transported in interstate and foreign commerce, and which had been produced using materials which had been transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**COUNT TWO**

On or about May 19, 2015, in Collier County, in the Middle District of Florida, defendant,

TRAVIS JOHN JENNER,

did knowingly distribute a visual depiction that has been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

A. The defendant, TRAVIS JOHN JENNER, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

The assets to be forfeited specifically include, but are not limited to, a Hewlett Packard laptop computer, serial number 5CD504639F.

B. If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

A TRUE BILL,

8/19/15
Date

Sharon Doerr
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: Yolande G. Viacava
Yolande G. Viacava
Assistant United States Attorney

By:
Michael Baggé-Hernández
Assistant United States Attorney
Forfeiture

By: Jesus M. Casas
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:15-CR-

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

TRAVIS JOHN JENNER

**INDICTMENT**

Violations:

18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)

A true bill,

Sharon Doerr
Foreperson

Filed in open court this 19th day

of August, 2015.

______________________
Clerk

Bail $______________

GPO 863 525